IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02062-REB-KLM

HIGINIO MARTELL,
SHEILA LITTLEJOHN, formerly known as Martell,
FAITH MARTELL, Minor Child, and
JADELYN MARTELL, Minor Child,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, and
JOHN F. WALSH, United States Attorney,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Vacate Scheduling/Planning Conference** [#9] (the "Motion"). On November 12, 2013, the Court *sua sponte* reset the Scheduling Conference set in this matter to January 8, 2014 at 9:30 a.m. Therefore, Plaintiffs' requested relief is moot. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#9] is **DENIED as moot**.

    Dated:  November 15, 2013