IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02062-KLM

HIGINIO MARTELL,
SHEILA LITTLEJOHN, formerly known as Martell,
FAITH MARTELL, Minor Child, and
JADELYN MARTELL, Minor Child,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, and
JOHN F. WALSH, United States Attorney,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Extension of Discovery Deadline** [#25] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The Scheduling Order [#19] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **September 18, 2014**
- Rebuttal Expert Disclosure Deadline — **October 18, 2014**
- Deadline to Serve Written Discovery Requests — **October 16, 2014**
- Discovery Deadline — **November 18, 2014**
- Dispositive Motions Deadline — **December 17, 2014**

**Absent exceptional cause, no further extensions of the dispositive motions deadline will be granted.**

Dated: June 3, 2014